Michael, Thomas Le'Keith, Braggs
(Name)

451 Riverview Park Way
(Address)

Santee, CA, 92071
(City, State, Zip)

247231149
(CDCR / Booking / BOP No.)

**FILED**
OCT 03 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RC___ DEPUTY

# United States District Court
## Southern District of California

Michael, Thomas Le'Keith, Braggs
(Enter full name of plaintiff in this action.)

        Plaintiff,

v.

San Diego Sheriff Department ,
_____,
_____,
(Enter full name of each defendant in this action.)

        Defendant(s).

Civil Case No. **'24CV1772 RBM VET**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
San diego district court.

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, Michael, Thomas Le'Keith, Braggs (print Plaintiff's name), who presently resides at George Bailey Detention Facility (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at San Diego Central Jail (institution/place where violation occurred) on (dates) May-19-2024 (Count 1), _____ (Count 2), and _____ (Count 3).

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **San Diego Sheriff department** resides in **San Diego**,
           (name)                                  (County of residence)
and is employed as a **Officer of Law**. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **While inmate Booking and Finger Printing Sheriff deputy became hostile and used excessive force and beat me while i was cuffed repeatedly.**

Defendant _____ resides in _____,
     (name)                           (County of residence)
and is employed as a _____. This defendant is sued in
          (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

Defendant _____ resides in _____,
     (name)                           (County of residence)
and is employed as a _____. This defendant is sued in
          (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

Defendant _____ resides in _____,
     (name)                           (County of residence)
and is employed as a _____. This defendant is sued in
          (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: __1st, 4th, 8th, 14th__
__Ammendment rights__.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Arrest — I was arrested and abused by Authorities on may 19, 2024. EMT's injected numbing agent inbetween Fingers/knuckles, and broke needles of into hands. I begged for them to be removed, They were removed after a time.

EMT / Hospital — EMT strapped me into van and injected me, to put me to sleep. I then woke up at Sharp Coronado with my eyes - swollen, red, & bloody. corneas seard with some kind of chemical. unable to see.

DT Central Jail — During Finger Printing and Processing i was surrounded by about 8 to 12 Sheriffs deputys and other Ranks, some with active Body cams. Then; out of nowhere and for no reason, the Deputys Grabbed me and Swung me in multiple directions, twisting my Limbs in ways theyre not meant to bend. One Deputy who is over 6 foot 3, and weighing over 240 Lbs. — Grabed my throat and slammed my head to the ground over and over then Punched the right side of my Face about 4 times, so hard my skin peeled off, along with some of my Tattoo.

— The same Deputy the Placed all of his body weight on my neck and Head and covered my mouth & face — in an attempt to render me unconsious, From Begining to End yelling "Stop resisting"

— The Deps cuffed me, chained my ankles and hog tied me, strapped to a gurney and continued yelling "Stop Resisting" Even while i was cuffed, they continued using Pain compliance Multiple Deps twisting my Arms, wrists, ears, Bridge of nose, body weight still on my neck covering Face. "Stop Resisting"

— While i was chained, one officer Placed his billy Club between my ankles/chains and began twisting with all his strength, causing damage to my ankle and the Surgical screw inside.

— One Deputy covered me with a Spit mask and Dripped spit on my Face.

§ 1983 SD Form
(Rev. 8/15)

3

Continue pg 4 →

Count 2: The following civil right has been violated: __1st, 4th, 8th, 14th__
(E.g., right to medical care, access to courts,
__Ammendment rights__.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

*Cell Abuse* — After finger printing they rolled me into the elevator and to a different floor where angry white skinhead cop was waiting. They then rolled me into a cell that was covered in White Power/Nazi symbolism. They then unstrapped me from the gurney and dropped me to the ground. The Dep's started using pain compliance - again - for no reason. This time applying whole body weight the back of my neck, while pulling up on the bridge of my nose (Full Nelson). Cracking left side of collar bone, and right shoulder blade (rotator cuff). The skinhead cop unzipped his pants and attempted to pull down my pants, while straddling my back legs. I fought back while cuffed. They pressed a clear riot sheild to my back and violenty cut and ripped my pants off. Supervisor came to the cell and forced them to stop and leave. For the next day or two, i was given pills to reduce the swelling of my head and face which was swollen like a pumkin. Then released me without making me fingerprint out of the system, just told to leave.

*return to jail* — I was brought back to jail on a false work furlough violation, where I was made to make a recorded PREA report to the deputy, and the nurses took pictures of my oozing/bloody eyes, and bloody face wound where i was punched. Many requests and grievances were written and submitted to medical about the damage to me and the abuse, and most were ignored, the rest were disregaurded and not taken seriously. Month just for simple treatment. Still have not seen a specialist about my eyes, ankle, rotator cuff.

§ 1983 SD Form
(Rev. 8/15)

4

Count 3: The following civil right has been violated: <u>1st, 4th, 8th, 14th</u>
(E.g., right to medical care, access to courts,
<u>Ammendment rights</u>.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

I am currently taking a number of anti-Psych Meds to regulate my PTSD from the Attack, and a Powerfull Sedative to sleep at night Because of the nightmares of the attack

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____N/A_____
Defendants: _____N/A_____
(b) Name of the court and docket number: _____N/A_____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____N/A_____
(d) Issues raised: _____N/A_____

(e) Approximate date case was filed: _____N/A_____
(f) Approximate date of disposition: _____N/A_____

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

§ 1983 SD Form
(Rev. 8/15)

6

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): for violation of 1st, 4th, 8th and 14th. Amendment Rights I am Respectfully asking the Courts for $150,000.00 each amendment Rights violation.

2. Damages in the sum of $ 300,000.00.

3. Punitive damages in the sum of $ 300,000.00.

4. Other: I Respectfully ask at the judges descretion this settlement may double, triple, Quadrouple.

### F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

04-16-2024
Date

Signature of Plaintiff

Postage due
1.51



RECEIVED
OCT 03 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: Office of the Clerk
333 West Broadway, Suite 420
San Diego, California, 92101

Case 3:24-cv-01772-RBM-VET   Document 1   Filed 10/03/24   PageID.9   Page 9 of 9