UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL THOMAS LEKEITH
BRAGGS,
BOOKING #24723149,

                              Plaintiff,

vs.

SAN DIEGO SHERIFF'S
DEPARTMENT and SAN DIEGO
DEPUTY SERGEANT Q. BROCK,

                              Defendants.

Case No.:  24-cv-01772-RBM-VET

**ORDER DISMISSING ACTION FOR
FAILURE TO STATE A CLAIM
AND FAILURE TO PROSECUTE**

On October 3, 2024, Plaintiff Michael Thomas LeKeith Braggs, an inmate at the George Bailey Detention Facility in Santee, California, proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 claiming he was subjected to the excessive use of force while being booked into the San Diego Central Jail. (Doc. 1.)  He also filed a Motion to Proceed In Forma Pauperis ("IFP").  (Doc. 2.)

On October 28, 2024, the Court granted Plaintiff leave to proceed IFP and dismissed the Complaint without prejudice for failure to state a claim. (Doc. 3.)  On November 29, 2025, Plaintiff filed a First Amended Complaint and a second motion to proceed IFP. (Docs. 4–5.)  On May 9, 2025, the Court denied the second IFP motion as moot and

1

24-cv-01772-RBM-VET

dismissed the First Amended Complaint for failure to state a claim.  (Doc. 7.)  Plaintiff was instructed that unless he filed a Second Amended Complaint on or before June 20, 2025, the Court would enter a final Order dismissing this civil action based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and failure to prosecute in compliance with a court order requiring amendment.  (*Id.* at 6 (citing *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.").)

        As of the date of this Order Plaintiff has not filed a Second Amended Complaint, Accordingly, the Court **DISMISSES** this action for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and for failure to prosecute.  The Clerk of Court shall enter final judgment accordingly and close the file.

        **IT IS SO ORDERED**.

Dated:  January 28, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE